**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

**Howard Scott Parker**                            **CASE NO.  18-41055**
**Sarah Imogene Parker**                      **JUDGE:  PWB**
**DEBTOR(S)**                                            **CHAPTER 13**

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF
DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE that the Debtor(s) has/have filed a** preconfirmation modification to the Chapter 13 Plan.  The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**<u>Your rights may  be affected.</u>  You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

**United States Bankruptcy Court
600 East First St, Room 339
Rome, GA 30161-3187**

(2) If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee.  You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

    A hearing on confirmation of the Chapter 13 Plan, as modified, will be held in **Courtroom 342**, **United States Courthouse, 600 East First Street, Rome, Georgia** at **9:30** A.M. on **August 29, 2018**.  You or your attorney must attend the hearing and advocate your position.


    **August 1, 2018**
Date


    /s/ Chris Rampley
    **Chris Rampley 593225**
    **Chris Rampley, LLC**
    **P.O. Box 927**
    **Rome, GA 30162**
    **(706)-291-7060Fax:(706)-291-9743**
    **Rampley@Hotmail.com**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **Howard Scott Parker** | **CASE NO. 18-41055** |
| **Sarah Imogene Parker** | **JUDGE: PWB** |
| **DEBTOR(S)** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

The undersigned hereby verifies that a true and correct copy of the attached **NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN** was served by first class mail upon the parties identified below by placing a copy of the same in a properly addressed envelope with adequate postage thereon and depositing same in the US Mail.

**All PARTIES AND CREDITORS ON THE ATTACHED MATRIX**

____**August 1, 2018**_____
Date

/s/ Chris Rampley
**Chris Rampley 593225
Chris Rampley, LLC
P.O. Box 927
Rome, GA 30162
(706)-291-7060 Fax:(706)-291-9743
Rampley@Hotmail.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 18-41055-pwb<br>Northern District of Georgia<br>Rome<br>Wed Aug  1 16:01:07 EDT 2018 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 | Aarons<br>148 Hicks Drive<br>Rome, GA 30161-6064 |
| Patti H. Bass<br>Bass & Associates, PC<br>Suite 200<br>3936 E. Ft. Lowell Road<br>Tucson, AZ 85712-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Care Credit<br>Po Box 960061<br>Orlando, FL 32896-0061 |
| Ccs Collections<br>725 Canton St<br>Norwood, MA 02062-2679 | Champion Mortgage Company<br>Po Box 619093<br>Dallas, TX 75261-9093 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank/The Home Depot<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Cooling & Winter<br>1355 Roswell Rd Suite 240<br>Marietta, GA 30062-3690 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Diversified Consultants, Inc.<br>Diversified Consultants, Inc.<br>Po Box 551268<br>Jacksonville, FL 32255-1268 | Floyd County Tax Commissioner<br>Po Box 26<br>Rome, GA 30162-0026 |
| Gadsden Music Company<br>Po Box 132<br>Gadsden, AL 35902-0132 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | I C System Inc<br>444 Highway 96 East<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Internal Revenue Service<br>401 W Peachtree St NW<br>Atlanta, GA 30308-3510 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Sarah Wyeth McLaughlin<br>Timothy D. Padgett, LP<br>dba Padgett Law Group<br>6267 Old Water Oak Rd., Suite 203<br>Tallahassee, FL 32312-3858 | Midnight Velvet<br>Swiss Colony/Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Montgomery  Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Nationstar Mortgage LLC<br>D/B/A Champion Mortgage Company<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Champion Mortg<br>c/o Padgett Law Group<br>6267 Old Water Oak Rd<br>Tallahassee, FL 32312-3844 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Howard Scott Parker<br>134 Gaines Road NE<br>Rome, GA 30161-3451 | Sarah Imogene Parker<br>134 Gaines Road NE<br>Rome, GA 30161-3451 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
Chris Rampley                          Synchrony Bank                          Synovus Bank
Chris Rampley, LLC                     c/o PRA Receivables Management, LLC     1111 Bay Ave
P O Box 927                            PO Box 41021                            Columbus, GA 31901-5218
Rome, GA 30162-0927                    Norfolk, VA 23541-1021


Mary Ida Townson                       U. S. Attorney                          United Consumer Financial Serv.
Chapter 13 Trustee                     600 Richard B. Russell Bldg.            Bass & Associates, P.C.
Suite 2200                             75 Ted Turner Drive, SW                 3936 E. Ft. Lowell Road, Suite #200
191 Peachtree Street, NE               Atlanta GA 30303-3315                   Tucson, AZ 85712-1083
Atlanta, GA 30303-1770


United Consumer Financial Services     United Consumer Financial Services      (p)US BANK
865 Bassett Rd                         Bass & Associates, P.C.                 PO BOX 5229
Westlake, OH 44145-1194                3936 E. Ft. Lowell Suite 200            CINCINNATI OH 45201-5229
                                       Tucson, AZ 85712-1083


Walmart
PO Box 981064
El Paso, TX 79998-1064
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
1st Franklin Financial                 Capital One                             Georgia Department of Revenue
135 E Tugalo Street                    Po Box 85520                            1800 Century Blvd NE
Toccoa, GA 30577                       Richmond, VA 23285                      Suite 9100
                                                                               Atlanta, GA 30345-3205


Portfolio Recovery Associates, LLC     Us Bank
POB 41067                              Attn: Bankruptcy
Norfolk VA 23541                       Po Box 5229
                                       Cincinnati, OH 45201
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                      End of Label Matrix
c/o PRA Receivables Management, LLC    Mailable recipients    39
PO Box 41021                           Bypassed recipients     1
Norfolk, VA 23541-1021                 Total                  40
```